UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

MICHAEL WASHINGTON, )
 )
    Plaintiff, )
 )
v. ) Case No. CV411-120
 )
DISTRICT ATTORNEY LARRY )
CHISHOLM, )
 )
 )
    Defendant. )

## REPORT AND RECOMMENDATION

Proceeding *pro se* but using no form complaint, Michael Washington filed this civil action on May 16, 2011. (Doc. 1.) Because he accompanied it with no filing fee or motion to proceed *in forma pauperis* ("IFP"), the Clerk sent him a deficiency notice that day along with a form IFP motion. (Doc. 3.) The notice directed Washington to submit the $350 filing fee or an IFP motion by June 6, 2011. (*Id.*) He did not comply and has apparently abandoned his claim. Accordingly, this case should be **DISMISSED WITHOUT PREJUDICE** for failure to pay the

filing fee or move to proceed IFP. *See* 28 U.S.C. § 1914(a).

**SO REPORTED AND RECOMMENDED** this 27th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA